UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUSEAN AHMED,

                         Plaintiff,

-against-

CITY OF NEW YORK; CORRECTION OFFICER JOHN DOES 1-8,

                         Defendants.

24-CV-06280 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOSKY, United States Magistrate Judge:**

        By Order of Reference dated November 27, 2024 Judge Vernon S. Broderick referred this case to me for general pretrial supervision. (ECF 8) On December 6, 2024, I held a status conference with the parties.

        As discussed at the conference, the New York City Law Department, which is the attorney for and agent of the City of New York, must ascertain the identity and badge number of each John Doe correction officer whom Plaintiff seeks to sue here and the address where the defendant may be served. The New York City Law Department shall have sixty days of the date of this order to make their best effort to provide this information to Plaintiff.

        This action is scheduled for a status conference on **January 6, 2025** at **10:00 am**. The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **674 946 522#**.

DATED: December 9, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge