

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BAILEY FORCIER**
*Assistant Corporation Counsel*
phone: (212) 356-5054
fax: (212) 356-3509
bforcier@law.nyc.gov

February 10, 2025

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Huesaen Ahmed v. City of New York, et al.</u>,
                24 Civ. 6280 (VSB) (RFT)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and the attorney representing defendant City of New York ("City") in the above-referenced matter. Defendant City writes to respectfully request that the Court adjourn the February 26, 2025 status conference to a later date convenient for the Court. This is defendant's first such request. Plaintiff consents to this request.

      By way of background, on February 5, 2025, the Court held a status conference where the Court and parties discussed, *inter alia,* scheduling another status conference for February 26 or 27, 2025. At the conference, I informed the Court that I had a deposition scheduled for February 26, 2025. As such, the Court scheduled the status conference for February 27, 2025.

      Later that day, however, the Court issued a scheduling order setting the date for the status conference as February 26, 2025. (<u>See</u> Docket Entry Dated February 5, 2025). As discussed at the February 5, 2025 conference, counsel for defendants currently has a deposition in another matter—<u>Damian Milhouse v. City of New York, et al.</u>, 24 Civ. 00611 (LAK) (KHP)—scheduled for the same date at the same time. Rescheduling the deposition would be difficult as discovery is set to close in that matter on March 3, 2025.

As such, defendants respectfully request that the Court adjourn the conference to a later date convenient to the Court. For the Court's convenience, the parties are available for a status conference on February 27, 2025 at 9:30 a.m.

Defendant thanks the Court for its time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **Via ECF**
     *All counsel of record*

---

Defendant's letter motion is GRANTED. The status conference is adjourned to February 27, 2025, at 9:30 AM.

Date: 02/10/2025
New York, New York

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

2