UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
HUESAEN AHMED, :
:
Plaintiff, :
: 24-CV-6280 (VSB) (RFT)
-against- :
: **ORDER**
:
CITY OF NEW YORK, *et al.*, :
:
Defendants. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement agreement during a settlement conference before Judge Tarnofsky on June 9, 2025. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 23, 2025
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge